UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RISHER,<br><br>        Plaintiff,<br><br>v.<br><br>DR. EBINOSA, et al.,<br><br>        Defendants. | 1:17-cv-00087-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF NO. 13)<br><br>THIRTY DAY DEADLINE |

      Richard Risher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2016, Plaintiff filed the complaint commencing this action. (ECF No. 1). On March 14, 2017, the Court found cognizable claims and ordered a response from Plaintiff. (ECF No. 11) On April 5, 2017, the Plaintiff notified the Court that he would stand on his complaint. (ECF No. 12). On April 6, 2017, the Court dismissed certain claims and forwarded service documents to Plaintiff for completion and return within thirty days. (ECF No. 13). The Court also notified Plaintiff that failure to complete and return the service documents within 30 days could result in dismissal of this action. (ECF No. 13, p. 3).

      The time period has expired and Plaintiff has not returned the service documents. Therefore, Plaintiff will be ordered to show cause why the Court should not dismiss this case for failure to comply with a Court order. The Court notes that if Plaintiff completes and returns the service documents within thirty days of the date of service of this order, the Court will discharge this order to show cause. If Plaintiff does not respond to this order, the Court will dismiss the case for failure to prosecute and comply with a court order.

\\\

\\\

1

Accordingly, based on the foregoing, it is HEREBY ORDERED that, within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why the Court should not dismiss this case for failure to prosecute and comply with a court order.

IT IS SO ORDERED.

Dated: __**May 31, 2017**__  /s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE