UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RISHER, | 1:17-cv-00087-EPG (PC) |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF NO. 14) |
| DR. EBINOSA, et al., | THIRTY DAY DEADLINE |
| Defendants. | |

Richard Risher ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. On December 30, 2016, Plaintiff filed the complaint commencing this action. (ECF No. 1). The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, found that it states cognizable claims, and directed Plaintiff to complete and return certain service documents. (ECF Nos. 11 & 13). The Court also notified Plaintiff that failure to complete and return the service documents within 30 days could result in dismissal of this action. (ECF No. 13, p. 3).

The time period expired and Plaintiff did not return the service documents. Accordingly, the Court ordered Plaintiff to show cause why the Court should not dismiss this case for failure to comply with a Court order. (ECF No. 14). The Court noted that if Plaintiff completed and returned the service documents within thirty days the Court would discharge the order to show cause. (Id.).

On July 5, 2017, Plaintiff submitted service documents. (ECF No. 17). Therefore, the Court will discharge the order to show cause.[1]

---

[1] Based on a letter Plaintiff sent to the Court (ECF No. 16), it appears that Plaintiff attempted to send at least some of the service documents to the United States Marshals Service directly. Plaintiff was ordered to send the completed service documents to the Court, not to the United States Marshals Service. (ECF No. 13, p. 3).

Accordingly, based on the foregoing, IT IS ORDERED that the order to show cause entered on June 1, 2017, is DISCHARGED.

IT IS SO ORDERED.

Dated:   **July 12, 2017**                         /s/ _Erwin P. Grosa_
                                                    UNITED STATES MAGISTRATE JUDGE