# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. EBINOSA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00087-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 35 & 37) |

On October 30, 2017, Plaintiff filed a notice stating that he voluntarily dismissed this action without prejudice. (ECF No. 35). In light of the dismissal, as well as the stipulation between Plaintiff and defendants Igbinosa and Jacques,[1] this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i)-(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice, Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is DIRECTED to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

    Dated: __November 3, 2017__          /s/ *Erica P. Grosjean*
                                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court construes Plaintiff's notice of dismissal (ECF No. 35), combined with defendants Igbinosa and Jacques's status report indicating that they do not oppose the dismissal (ECF No. 37), as a stipulation of dismissal.

1